Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cecil Eugene Shaw,<br><br>                Plaintiff,<br><br>vs.<br><br>LQ Properties, L.L.C., a Delaware Limited Liability Company; Nokim, Inc., a California Corporation; and Does 1-10,<br><br>                Defendants. | CASE NO. 2:16-cv-01531-MCE-AC<br>Hon. Morrison C. England/Courtroom 7<br><br>ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint Served: July 13, 2016<br>Current Response Date: August 31, 2016<br>New Response Date: September 21, 2016<br><br>Complaint Filed: July 5, 2016 |

      Upon considering the parties' Stipulation and Request to Extend Time to Respond to Initial Complaint, it is hereby ordered that the deadline for all defendants to respond to the complaint in this case shall be extended to September 21, 2016.

      IT IS SO ORDERED.

Dated:  September 4, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE